IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EARNEST LEE WALKER, #187017, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv949-MHT |
| ) | |
| DONAL CAMPBELL, COMMISSIONER, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On 22 May 2006, the Magistrate Judge filed a Recommendation (Doc. #34) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without  prejudice for the plaintiff's  failures to prosecute this action and to comply with the orders of this court..

Done this 16th day of June, 2006.

                                                      /s/ Myron H. Thompson
                                             UNITED STATES DISTRICT JUDGE